August 4, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

VINCENT LILLY, Appellant

NO. 14-14-00343-CV                          V.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND BILL PIERCE,
Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Texas Department of Criminal Justice and Bill Pierce, signed March 31, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Vincent Lilly, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.